UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
OCT 07 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:21-cr-62-CHB

ROBERT BILLY TAYLOR

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
16 U.S.C. § 3372(a)(2)(A)
16 U.S.C. § 3373(d)(2)
18 U.S.C. § 2(b)

A.  Introduction

1. As part of the Lacey Act, Title 16, United States Code, Sections 3372, et seq., it was unlawful for a person to import, export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce any plant or wildlife, if they knew or in the exercise of due care should have known that the plant or wildlife was taken, possessed, transported, or sold in a manner unlawful under any underlying law or regulation of the any state, the United States, or foreign country.

2. The Lacey Act defines the term "plant" to mean any wild member of the plant kingdom, including roots, seeds, parts, or products thereof, and including trees from either natural or planted forest stands. 16 U.S.C. § 3371(f).

3. The Lacey Act defines the term "wildlife" to mean any wild animal, whether alive or dead, including any wild reptile, whether or not bred, hatched or born in captivity, and includes any part, product, egg or offspring thereof. 16 U.S.C. § 3371(a).

4. Title 50, Code of Federal Regulations, Section 23.68 provides that states must administer a program for wild ginseng which provides a framework, including a limited harvesting season, in which wild ginseng shall be eligible for exportation in compliance with the Convention on International Trade of Endangered Species of Wild Fauna and Flora.

5. Kentucky has promulgated regulations to protect and regulate its wild ginseng.

6. 302 KAR 45:010 Section 8 prohibits the entry of ginseng into Kentucky that is harvested outside the border of Kentucky and not certified in the state of origin of the harvested ginseng.

7. Kentucky has promulgated statutes and regulations to protect its native wildlife, which is defined as wildlife that has historically existed or currently exists in the wild in Kentucky without introduction by man, except for introduced species which have become naturalized. 301 KAR 2:081(1). The Eastern Box Turtle (*Terrapene carolina carolina*) is a species of native wildlife, a reptile, that currently exists in the wild in Kentucky.

8. Kentucky Revised Statute (KRS) 150.280 (1) states, "Except as provided by administrative regulation, a person shall not propagate or hold protected wildlife without obtaining a permit to do so from the department. The department shall

promulgate administrative regulations governing all such activity and prescribing permit fees. Any permit issued pursuant to this section may be revoked for a violation by the holder thereof of any of the provisions of this chapter, any administrative regulation of the department, or hunting, fishing, or wildlife laws of the federal government."

9. Kentucky Revised Statute 150.180 (1) states, "Except as otherwise provided for in this chapter, and subject to regulations adopted under this chapter, no person, for himself or as the agent or employee of another shall buy, or sell, or attempt to buy, or sell, barter, exchange, or trade, or have in possession for the purpose of selling, bartering, or trading any protected wildlife or part thereof, raw fur or processed wildlife, no matter where or when caught or killed, whether caught or killed in this state or in any other state or other country."

10. 301 Kentucky Administrative Regulation 2:081(2) prohibits selling, offering to sell, buying or offering to buy, bartering, or trading native wildlife that have been obtained from the wild. KAR 2:081(5) prohibits taking more than five individuals of each species of native reptile a year without a permit with limited exceptions for snapping or softshell turtles.

11. 301 Kentucky Administrative Regulation 1:058(8) prohibits a person taking turtles for commercial purposes.

B. **The Offense**

12. On or about September 12, 2020, in Bell County, in the Eastern District of Kentucky, and elsewhere,

**ROBERT BILLY TAYLOR**

did knowingly cause the transport of wildlife, that is, two Eastern Box Turtles (*Terrapene carolina carolina*), in interstate commerce, when in the exercise of due care, the Defendant should have known that the turtles were taken in violation of and in a manner unlawful under the laws and regulations of Kentucky regarding turtles, specifically 301 KAR 2:081 and 301 KAR 1:058 that prohibits taking turtles for a commercial purpose, all in violation of 16 U.S.C. §§ 3372(a)(2)(A), (a)(4), and 3373(d)(2), 18 U.S.C. § 2(b).

## COUNT 2
### 16 U.S.C. § 3372(a)(2)(A)
### 16 U.S.C. § 3373(d)(2)

13.   On or about September 22, 2020, in Bell County, in the Eastern District of Kentucky, and elsewhere,

**ROBERT BILLY TAYLOR**

did knowingly sell wildlife, that is, two Eastern Box Turtles (*Terrapene carolina carolina*), in interstate commerce, when in the exercise of due care, the Defendant should have known that the turtles he sold were taken in violation of and in a manner unlawful under the laws and regulations of Kentucky regarding turtles, specifically 301 KAR 2:081 and 301 KAR 1:058 that prohibits taking turtles for a commercial purpose, all in violation of 16 U.S.C. §§ 3372(a)(2)(A), (a)(4), and 3373(d)(2).

## COUNT 3
### 16 U.S.C. § 3372(a)(2)(B)(i)
### 16 U.S.C. § 3373(d)(1)(B)
### 18 U.S.C. § 2(b)

14. From on or about September 1, 2020, and continuing through on or about October 21, 2020, in Bell County, in the Eastern District of Kentucky, and elsewhere,

**ROBERT BILLY TAYLOR**

did knowingly engage in conduct that involved the sale and purchase of plants with a market value in excess of $350.00, that is, wild American ginseng (*Panax quinquefolius*), and did knowingly sell and cause to be sold said ginseng in interstate commerce knowing that said plants were transported into Kentucky from other states in violation of and in a manner unlawful under laws and regulations of Kentucky that protect wild American ginseng, specifically KRS 246.660 and 302 KAR 45:010 Section 8 which prohibits ginseng, from entering Kentucky that is harvested outside the borders of Kentucky and not certified in its state of origin, all in violation of 16 U.S.C. §§ 3372(a)(2)(B)(i), (a)(4), and 3373(d)(1)(B), and 18 U.S.C. § 2(b).

## FORFEITURE ALLEGATION
### 16 U.S.C. § 3374(a)
### 28 U.S.C. § 2461

1) Upon conviction of the offense alleged in Count Three, **ROBERT BILLY TAYLOR** shall forfeit to the United States pursuant to 16 U.S.C. § 3374(a)(2), all vessels, vehicles, and other equipment used to aid in the exporting, transporting, selling, receiving, acquiring, or purchasing of ginseng, in violation of Title 16, United States Code, Sections 3372 and 3373, including but not limited to, the following.

**VEHICLES:**

2015 CHEVROLET, Series: LT-LT Z71, Model: SILVERADO 1500, gray in color, VIN: 3GCUKREC2FG477813

2) Upon conviction of the offense alleged in Count Three, **ROBERT BILLY TAYLOR** shall forfeit to the United States pursuant to 16 U.S.C. §3374(a)(1) all seized ginseng seized in connection with the offense.

By virtue of the commission of the felony offense charged in Count Three of this Indictment, any and all interest **ROBERT BILLY TAYLOR**, has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 16 U.S.C. § 3374(a)(1) and (2).

A TRUE BILL

FOREPERSON

*[signature]*

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

## PENALTIES

**Counts 1&2:**  Not more than 1 year imprisonment, and/or a $100,000 fine, and not more than 1 year supervised release.

**Count 3:**  Not more than 5 years imprisonment, and/or a $250,000 fine, and not more than 3 years supervised release.

**Plus:**  Mandatory special assessment of $25 per count for Counts 1 and 2; $100 for Count 3

**Plus:**  Forfeiture, as listed

**Plus:**  Restitution, if applicable